**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Anthony Colombo aka Anthony D Colombo | **BK NO. 16-02753 JJT** |
| Debtor | Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

 

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant

Case 5:16-bk-02753-JJT    Doc 37    Filed 01/04/17    Entered 01/04/17 16:29:51    Desc
Main Document      Page 1 of 1