UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY COLOMBO<br>    Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | :<br>:<br>: |
| vs. | :<br>: |
| ANTHONY COLOMBO<br>    Respondent(s) | :<br>: CASE NO.  5-16-bk-02753 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 9th day of January, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a. Deny confirmation of debtor(s) plan.
        b. Dismiss or convert debtor(s) case.
        c. Provide such other relief as is equitable and just.

                          Respectfully submitted:

                          /s/Charles J. DeHart, III
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 11th day of January, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Joseph Baranko, Jr., Esquire
1620 North Church Street
Hazleton, PA 18202

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee