```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 16-02753-JJT
Anthony Colombo                                                          Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: DGeorge                Page 1 of 2           Date Rcvd: Jan 11, 2017
                              Form ID: ntcnfhrg            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db             +Anthony Colombo,    345 East Berner Avenue,    Hazleton, PA 18201-7472
4806832       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P O Box 982238,    El Paso, TX 79998)
4806835        +Carol A. Colombo,    345 East Berner Avenue,    Hazleton, PA 18201-7472
4806836        +Citizens Bank/FM,    630 Plaza Drive, Suite 150,    Highlands Ranch, CO 80129-2379
4806838         Golf Oil,    835 Quivira Road,    Suite 100,    Lenexa, KS 66215
4866568        +Gulf Oil,    80 Williams Street,    Suite 400,    Wellesley Hills, MA 02481-3705
4861943        +M & T BANK (1),    PO BOX 1508,    BUFFALO, NY 14240-1508
4862362        +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2017 18:54:46
                Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
4862273         E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 11 2017 18:58:11
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088,    866-716-6441
4806834         E-mail/Text: cms-bk@cms-collect.com Jan 11 2017 18:58:02     Capital Management Services, LP,
                698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
4806837         E-mail/Text: mrdiscen@discover.com Jan 11 2017 18:57:57     Discover Financial Services,
                P O Box 15316,    Wilmington, DE 19850
4861861         E-mail/Text: mrdiscen@discover.com Jan 11 2017 18:57:57     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4806841         E-mail/Text: camanagement@mtb.com Jan 11 2017 18:58:03     M & T Bank,
                Lending Services Customer Support,    P.O. Box 900,    Millsboro, DE 19966
4806839         E-mail/Text: camanagement@mtb.com Jan 11 2017 18:58:03     M & T Bank,    P O Box 1288,
                Buffalo, NY 14240-1288
4806844         E-mail/Text: camanagement@mtb.com Jan 11 2017 18:58:03     M & T Bank,    P O Box 62182,
                Baltimore, MD 21264-2182
4806840         E-mail/Text: camanagement@mtb.com Jan 11 2017 18:58:03     M & T Bank,    P O Box 900,
                Millsboro, DE 19966-0900
4806843         E-mail/Text: camanagement@mtb.com Jan 11 2017 18:58:03     M & T Bank,
                care of Lending Services,    Box 1288,    Buffalo, NY 14240-1288
4806845         E-mail/Text: bankruptcynotices@psecu.com Jan 11 2017 18:58:21     PSECU,    P O Box 67013,
                Harrisburg, PA 17106-7013
4867434        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2017 18:54:35
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
4818818         E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2017 18:54:41
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4806833*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P O Box 982238,    El Paso, TX 79998)
4806842*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M & T Bank,    Lending Services - Customer Support,    P.O. Box 900,
                Millsboro, DE 19966)
4865426*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                (address filed with court: M & T Bank,    P O Box 62182,    Baltimore, MD 21264-2182)
4806846*        PSECU,    P O Box 67013,    Harrisburg, PA 17106-7013
                                                                                   TOTALS: 0, * 4, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                           Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Debtor Anthony  Colombo josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Anthony Colombo<br>aka Anthony D Colombo, aka Anthony D Colombo<br>Debtor(s) | Chapter 13<br>Case No. 5:16−bk−02753−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **February 10, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 7, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DGeorge |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2017 |