```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 16-02753-JJT
Anthony Colombo                                                Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling            Page 1 of 1          Date Rcvd: Jun 01, 2017
                              Form ID: orcnfpln          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
db             +Anthony Colombo,    345 East Berner Avenue,    Hazleton, PA 18201-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joseph R. Baranko, Jr.    on behalf of Debtor Anthony Colombo josephb@slusserlawfirm.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anthony Colombo  
aka Anthony D Colombo, aka Anthony D Colombo

Chapter 13

Case No. 5:16−bk−02753−JJT

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 13, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 1, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: JGoodling, Deputy Clerk