# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ANTHONY COLOMBO            Case No.: 5-16-02753-MJC
                                                           Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                         **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 345 Berner Ave - PRE-ARREARS - 5937 |
| Property Address if applicable: | 345 EAST BERNER AVENUE, , HAZLETON, PA18201 |

**PART 2:**                         **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $513.60 |
| b. | Prepetition arrearages paid by the Trustee: | $513.60 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $513.60 |

**PART 3:**                         **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021          Respectfully submitted,

                                       s/ Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Fax: (717) 566-8313
                                       eMail: info@pamd13trustee.com

Creditor Name: M & T BANK
Court Claim Number: 02

```
   CLM #    CHECK #      DATE         PRIN PAID        INT PAID      TOTAL DISB

   5200     1174664      10/11/2017     $176.20          $0.00         $176.20
   5200     1175974      11/08/2017     $266.48          $0.00         $266.48
   5200     1177374      12/05/2017      $70.92          $0.00          $70.92
   5200     1228177      03/17/2021     $259.37          $0.00         $259.37
   5200     1229196      04/15/2021     $259.35          $0.00         $259.35
   5200     2000570      05/18/2021     $259.35          $0.00         $259.35
   5200     0            07/01/2021    $-778.07          $0.00        $-778.07
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANTHONY COLOMBO   Case No.: 5-16-02753-MJC
                  Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOSEPH R. BARANKO, JR., ESQ.<br>SLUSSER LAW FIRM<br>1620 NORTH CHURCH STREET<br>HAZLETON PA, 18202- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 1508<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| ANTHONY COLOMBO<br>345 EAST BERNER AVENUE<br>HAZLETON, PA 18201 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com