In re:                                                           Case No. 16-02753-MJC

Anthony Colombo                                  Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                  Page 1 of 3
Date Rcvd: Jan 04, 2022                          Form ID: 3180W                                Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Colombo, 345 East Berner Avenue, Hazleton, PA 18201-7472 |
| 4806835 | + | Carol A. Colombo, 345 East Berner Avenue, Hazleton, PA 18201-7472 |
| 4806836 | + | Citizens Bank/FM, 630 Plaza Drive, Suite 150, Highlands Ranch, CO 80129-2750 |
| 4806838 | | Golf Oil, 835 Quivira Road, Suite 100, Lenexa, KS 66215 |
| 4861943 | + | M & T BANK (1), PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4862362 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | EDI: RECOVERYCORP.COM | Jan 04 2022 23:53:00 | Recovery Management Systems Corporation, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4862273 | EDI: HNDA.COM | Jan 04 2022 23:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088, 866-716-6441 |
| 4906115 | EDI: AIS.COM | Jan 04 2022 23:53:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4806832 | EDI: BANKAMER.COM | Jan 04 2022 23:53:00 | Bank of America, P O Box 982238, El Paso, TX 79998 |
| 4806834 | Email/Text: cms-bk@cms-collect.com | Jan 04 2022 18:48:00 | Capital Management Services, LP, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 4806837 | EDI: DISCOVER.COM | Jan 04 2022 23:53:00 | Discover Financial Services, P O Box 15316, Wilmington, DE 19850 |
| 4861861 | EDI: DISCOVER.COM | Jan 04 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4866568 | Email/Text: courtfiling@gulfoil.com | Jan 04 2022 18:48:00 | Gulf Oil, 80 Williams Street, Suite 400, Wellesley Hills, MA 02481 |
| 4806841 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M & T Bank, Lending Services Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 4806839 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M & T Bank, P O Box 1288, Buffalo, NY 14240-1288 |
| 4806844 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M & T Bank, P O Box 62182, Baltimore, MD 21264-2182 |
| 4806840 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M & T Bank, P O Box 900, Millsboro, DE 19966-0900 |
| 4806843 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M & T Bank, care of Lending Services, Box 1288, Buffalo, NY 14240-1288 |

| Recip ID | Bypass Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 4876595 | Email/Text: camanagement@mtb.com | Jan 04 2022 18:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4806845 | Email/Text: bankruptcynotices@psecu.com | Jan 04 2022 18:48:00 | PSECU, P O Box 67013, Harrisburg, PA 17106-7013 |
| 4867434 + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2022 19:01:12 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4818818 | EDI: RECOVERYCORP.COM | Jan 04 2022 23:53:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4806833 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P O Box 982238, El Paso, TX 79998 |
| 4806842 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Lending Services - Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 4865426 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, P O Box 62182, Baltimore, MD 21264-2182 |
| 4806846 | * | PSECU, P O Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Joseph R. Baranko, Jr. | on behalf of Debtor 1 Anthony Colombo josephb@slusserlawfirm.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony Colombo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1569<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–02753–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Anthony Colombo
    aka Anthony D Colombo, aka Anthony D
    Colombo

**By the court:**

1/4/22

    Honorable Mark J. Conway
    United States Bankruptcy Judge
    By: JoanGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**